1
2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
12  This Document Relates to:                    )
                                                 )
13  *Grant Kiser v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
    (06-6118 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15  *al.*                                        )
    (06-6119 CRB)                                )
16                                               )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.* )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                )
                                                 )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                                )
19                                               )
    *Robert McCarrell v. Pfizer Inc, et al.*     )
20  (06-6124 CRB)                                )
                                                 )
21  *Doris Hocker v. Pfizer Inc, et al.*         )
    (06-6129 CRB)                                )
22                                               )
    *Patricia Rogers v. Pfizer Inc, et al.*      )
23  (06-6130 CRB)                                )
                                                 )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                                )
25                                               )
    *Patrick Lynch v. Pfizer Inc, et al.*        )
26  (06-6132 CRB)                                )
                                                 )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                                )
28                                               )

                              -1-

        STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* ) |
| 2 | (06-6158 CRB) ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* ) (06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* ) (06-6165 CRB) ) |
| 5 | |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* ) (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* ) (06-6168 CRB) ) |
| 8 | |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* ) (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* ) (06-6171 CRB) ) |
| 11 | |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* ) (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* ) (06-6180 CRB) ) |
| 14 | |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* ) (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* ) (06-6190 CRB) ) |
| 17 | |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* ) (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* ) (06-6194 CRB) ) |
| 20 | |
| 21 | *Terry Smith v. Pfizer Inc, et al.* ) (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* ) (06-6196 CRB) ) |
| 23 | |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* ) (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* ) (06-6198 CRB) ) |
| 26 | |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* ) (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | (06-6200 CRB) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* |
| 3 | (06-6201 CRB) |
| 4 | *Paul Madison v. Pfizer Inc, et al.*<br>(06-6202 CRB) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* |
| 6 | (06-6203 CRB) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.*<br>(06-6204 CRB) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* |
| 9 | (06-6205 CRB) |
| 10 | *Charles Griffifn, et al. v. Pfizer, Inc, et al.*<br>(06-6206 CRB) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* |
| 12 | (06-6207 CRB) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.*<br>(06-6208 CRB) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* |
| 15 | (06-6210 CRB) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*<br>(06-6211 CRB) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* |
| 18 | (06-6212 CRB) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.*<br>(06-6213 CRB) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* |
| 21 | (06-6283 CRB) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.*<br>(06-7201 CRB) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* |
| 24 | (06-7202 CRB) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.*<br>(06-7203 CRB) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* |
| 27 | (06-7204 CRB) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.*<br>(06-7205 CRB) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1

2   *Alice Richardson, et al. v. Pfizer Inc, et al.*
    (06-7206 CRB)

3   *Steve Pardikes v. Pfizer Inc, et al.*
    (06-7306 CRB)

4

5   *Rosalyn Chute v. Pfizer Inc, et al.*
    (06-7381 CRB)

6   *Carolyn Carter v. Pfizer Inc, et al.*
    (06-7570 CRB)

7

8   *Margoth Gonzalez v. Pfizer Inc, et al.*
    (06-7571 CRB)

9   *Albert Blossom, et al. v. Pfizer Inc, et al.*
    (06-7676 CRB)

10

11  *Viola Porter v. Pfizer Inc, et al.*
    (06-7882 CRB)

12  *Tami McKibben, et al. v. Pfizer Inc, et al.*
    (06-7883 CRB)

13

14  *Joyce Matson, et al. v. Pfizer Inc, et al.*
    (06-7958 CRB)

15  *Michael Gatz, v. Pfizer Inc, et al.*
    (06-7959 CRB)

16

17  *Shamela Carr v. Pfizer Inc, et al.*
    (07-0022 CRB)

18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
    (07-0023 CRB)

19

20  *Debi Sweet v. Pfizer Inc, et al.*
    (07-0231 CRB)

21  *Clarence Bridges v. Pfizer Inc, et al.*
    (07-0413 CRB)

22

23  *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
    (07-0611 CRB)

24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*
    (07-0816 CRB)

25

26  *Brenda Brunson, et al. v. Pfizer Inc, et al.*
    (07-1280 CRB)

27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
    (07-1353 CRB)

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.*  )<br>(07-1432 CRB)  ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.*  )<br>(07-1570 CRB)  ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.*  )<br>(06-6815 CRB)  ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.*  )<br>(07-1991 CRB)  ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.*  )<br>(07-1992 CRB)  ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.*  )<br>(07-2630 CRB)  ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.*  )<br>(07-2690 CRB)  ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.*  )<br>(07-2691 CRB)  ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.*  )<br>(07-2692 CRB)  ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.*  )<br>(07-3284 CRB)  ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

1

2

DATED: 10-29, 2009    By: _____

3

4

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

5

6

*Attorneys for Plaintiffs*

7

DATED: Nov. 2, 2009    By: _____

8

9

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

10

11

*Defendants' Liaison Counsel*

12

13

14

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

15

16

Dated: **NOV 1 3 2009**

17

Hon. Charles R. Breyer
United States District Court

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1